# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARRIE KOLASINSKI,

    Plaintiff,

v.

CITIMORTGAGE, INC., *et al*.,

    Defendants.

Case No. 2:11-CV-01548-KJD-LRL

**ORDER**

    Presently before the Court is Defendants Citimortgage, Inc., Merscorp, Inc. and Mortgage Electronic Registration Systems, Inc.'s Motion to Quash Service (#4). Though the time for doing so has passed, Plaintiff has failed to file a response in opposition. Therefore, in accordance with Local Rule 7-2(d) and good cause being found, the Court grants Defendants' motion to quash service.

    Plaintiff failed to serve the summons and complaint in compliance with Nevada Rule of Civil Procedure 4. See Lee v. City of Beaumont, 12 F.3d 933, 936-37 (9th Cir. 1993)(in a removal action the law of the state in which service was effected prior to removal governs the sufficiency of process). Any future attempt by Plaintiff, to effect service of the summons and complaint should be done in compliance with Federal Rule of Civil Procedure 4(h).

**IT IS SO ORDERED.**

    DATED this 24th day of October 2011.

Kent J. Dawson
United States District Judge