# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARRIE KOLASINSKI,

    Plaintiff,

v.

CITI MORTGAGE INC., *et al*.,

    Defendants.

Case No. 2:11-CV-01548-KJD-VCF

**ORDER**

    Plaintiff's Complaint was filed in Nevada state court on August 2, 2011. On October 24, 2011, the Court quashed service (#7) for Plaintiff's failure to abide by Nevada Rule of Civil Procedure 4. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The 120 day time period for effecting service of the summons and complaint upon Defendants expired no later than December 2, 2011. Plaintiff has not yet filed proof of service.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including January 17, 2012 to file proof of service of the summons and complaint within the allowed time. If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

    DATED this 29th day of December 2011.

_____
Kent J. Dawson
United States District Judge